U.S. Department of Justice  
United States Attorney

FILED IN OPEN COURT  
U.S.D.C. - Atlanta

October 29, 2025  
Date Submitted

OCT 29 2025

KEVIN P. WEIMER, Clerk  
By: _Cm_ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

BILLY JOE CAGLE

Indictment/Information

**1:25 CR 471**

October 29, 2025  
Date of Indictment

### REQUEST FOR ARRAIGNMENT – In Marshals Custody

Billy Joe Cagle, 19055-512  
(Name)  
ROBERT A. DEYTON DETENTION  
(Institution)

October 28, 2025  
(Date Verified)

ATTORNEY FOR DEFENDANT


Paul Jones  
Assistant U.S. Attorney