AO 83 (12/85) Summons in a Criminal Case

Case 1:25-cr-00471-UNA   Document 11   Filed 10/30/25   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 30 2025
KEVIN P. WEIMER, Clerk
By: Cynthia Mercado
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

BILLY JOE CAGLE
REG NO. 19055-512

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:25-CR-471

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2008**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia   30303-3309 |
| **BEFORE:** | **Honorable CHRISTOPHER C. BLY**<br>United States Magistrate Judge |
| **DATE AND TIME:** | **NOVEMBER 14, 2025**<br>9:30 a.m. |

To answer a(n)

☒ **Indictment**    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with (brief description of offense):

COUNT 1: Unlawfully and intentionally attempted to use a device, substance, and weapon to perform an act of violence against persons in violation of **Title 18, United States Code, Section(s) 37(a)(1).**
COUNT 2: Knowingly transmitted a communication in interstate commerce that contained a threat in violation of **Title 18, United States Code, Section(s) 875(c).**
COUNT 3: Knowingly possess a firearm in violation of **Title 18, United States Code, Section(s) 922(g)(1) and 924(a)(8).**

AUSA:                                    Paul R. Jones

Counsel for Defendant:       Renee Rockwell and Konrad Ziegler

October 30, 2025



KEVIN P. WEIMER
CLERK OF COURT

By: s/*Cynthia Mercado*
Deputy Clerk